IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Bomar, Ava R

Printed: 4/15/08

Case Number: 07 B 21933
Judge: Hollis, Pamela S
Filed: 11/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 5,423.33 | 0.00 |
| 4. | Sallie Mae | Unsecured | 3,333.00 | 0.00 |
| 5. | Sallie Mae | Unsecured | 2,574.27 | 0.00 |
| 6. | B-Real LLC | Unsecured | 0.00 | 0.00 |
| 7. | Sallie Mae | Unsecured | 13,183.37 | 0.00 |
| 8. | Sallie Mae | Unsecured | 7,167.00 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 1,239.93 | 0.00 |
| 10. | Sallie Mae | Unsecured | 8,750.00 | 0.00 |
| 11. | Sallie Mae | Unsecured | 3,361.58 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 369.23 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 220.00 | 0.00 |
| 14. | Target | Unsecured |  | No Claim Filed |
| 15. | Nordstrom | Unsecured |  | No Claim Filed |
| 16. | MRSI | Unsecured |  | No Claim Filed |
| 17. | Jerry Salzberg | Unsecured |  | No Claim Filed |
| 18. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 21. | Sallie Mae | Unsecured |  | No Claim Filed |
| 22. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 25. | Sallie Mae | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bomar, Ava R | Case Number: 07 B 21933 |
| | Judge: Hollis, Pamela S |
| Printed: 4/15/08 | Filed: 11/21/07 |

$ 45,621.71            $ 0.00

TRUSTEE FEE DETAIL

Fee Rate            Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____